UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. _____

JEFFREY M. STEIN, D.D.S., M.S.D., P.A,
a Florida corporation,

DEVITO ORTHODONTICS, P.A.,
a Florida corporation,

STEVEN J. MELILLI, D.C., P.A.,
a Florida corporation,

CHARLES R. HATLEY, INC., a Florida corporation f/k/a
AMERICAN PROFESSIONAL PEST
CONTROL SERVICES, INC., a Florida corporation,

DONALE WHITE, an individual;

JONATHAN HALL, an individual;

As repersentatives of a class of similarly-situated persons,
c/o Law Office of James M. Thomas, Essq.
1581 Main St.
Dunedin, FL 34698

    Plaintiffs,

v.

BUCCANEERS LIMITED PARTNERSHIP,
A Foreign Limited Partnership doing business in Florida

_____/

## NOTICE OF REMOVAL

Defendant BUCCANEERS LIMITED PARTNERSHIP (hereinafter "Buccaneers"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby files this Notice of Removal of the above-captioned matter from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida. As grounds therefore, Buccaneers show the Court as follows:

**1.   State Court Action**

Plaintiff initiated an action that is still pending in the Circuit Court of the Sixth Judicial Circuit for Pinellas County, Florida, styled *Jeffrey Stein, DDS, MSD, PA, a Florida corporation, et al v. Buccaneers Liimited Partnership, etc.,* and designated Case No. 13-007265-CI. Plaintiff filed that action on July 12, 2013. *See* Complaint, attached hereto as **"Exhibit A"**.

**2.   Defendant's Receipt of Complaint**

A copy of the Plaintiff's Complaint in this action was served on Defendant, along with the summons, on August 1, 2013.

**3.   Nature of Action**

The Plaintiff's Complaint sounds in three counts, to wit: (1) violation of 47 U.S.C. §227; (2) violation of 47 C.F.R. §64.1200; and (3) violation of 47 C.F.R. §68.318(d). These causes of action arise from alleged unsolicited faxes sent to Plaintiffs by the Defendant.

**4.   Removal of State Court Action**

Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending. "

Specifically, this action is removable under 28 U.S.C. §1441(a), because the district court would have original jurisdiction under 28 U.S.C. § 1331 (federal question).

**5.   Federal Question**

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . "  Furthermore, under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  Plaintiffs' Complaint alleges violations of the United States Code and the Code of Federal Regulations, clearly establishing federal question jurisdiction under 28 U.S.C. § 1331.

**6.    Venue**

The United States District Court for the Middle District of Florida is the judicial district embracing the place where the state court case was brought and is pending and is, thus, the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 89(c), 1441(a) & 1446(a).  Moreover, the Tampa Division is the proper division within the Middle District of Florida to which the case should be removed as the Plaintiffs have filed their Complaint in Pinellas County, Florida. *See 28* U.S.C. §§ 1441(a), (e) & 1446(a); **Exhibit A**.

**7.    Timeliness of Notice of Removal**

Pursuant to 28 U .S .C. § 1446(b), this removal is timely because 30 days have not elapsed since "receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." Specifically, the summons and Complaint was served on Buccaneer's designated representative in Florida on August 1, 2013, less than thirty days ago. Thus, this removal is timely.

**8.    State Court Pleadings**

Pursuant to 28 U.S.C. § 1446(a), with this notice the Defendant is simultaneously filing copies of all process, pleadings, and orders existing on file in the State court in this removed action, including the Complaint. [1]

### 9. Notice to State Court and Plaintiff

Simultaneously with filing this Notice of Removal, Buccaneers shall give written notice to all adverse parties and shall file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

Pursuant to Fed. R. Civ. P. Rule 11, the undersigned counsel certifies that they have read this Notice of Removal and that, to the best of their knowledge, information, and belief, formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law, or there exists a good faith argument for extension, modification, or reversal of existing law and that this Notice is not interposed for any improper cause.

---

[1] The following documents appear on the Pinellas County Docket but the Defendant has not been served with a copy of same: Civil Cover Sheet (7/15/13); Summons-Return of Service (8/6/13); Request for Admissions (8/14/13).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic mail (email) at the designated email address JMThomas@JamesThomasEsq.com ; James M. Thomas, Esquire, Law Office of James M. Thomas, Esq., 1581 Main Street, Dunedin, FL, 34698, and have electronically filed the foregoing with the Clerk of Pinellas County by using the Florida Courts eFiling Portal this 16TH day of August, 2012

        COLE, SCOTT & KISSANE, P.A.
        Attorneys for Buccaneers
        1645 Palm Beach Lakes Blvd., 2nd Floor
        West Palm Beach, Florida 33401
        E-Mail: justin.sorel@csklegal.com
        Telephone: (561) 383-9229
        Facsimile: (561) 683-8977

        By:__/s/ Justin C.Sorel_____
            BARRY A. POSTMAN
            FBN: 991856
            JUSTIN C. SOREL
            FBN: 0016256