## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| JEFFREY M. STEIN, D.D.S., M.S.D., P.A., a Florida corporation; DEVITO ORTHODONTICS, P.A., a Florida corporation; CHARLES R. HATLEY, INC., a Florida corporation f/k/a AMERICAN PROFESSIONAL PEST CONTROL SERVICES, INC., a Florida corporation; DONALD WHITE; and JONATHAN HALL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP, a foreign limited partnership doing business in Florida,<br><br>    Defendant. | Case No. 8:13-cv-02136-SDM-AEP<br><br>Hon. Steven D. Merryday |

### PLAINTIFFS' NOTICE OF COMPLIANCE WITH CM/ECF REGISTRATION

Plaintiffs hereby provide notice of compliance with this Court's Order (Doc. No. 14) granting Plaintiffs' motion for Joseph J. Siprut to appear *pro hac vice* as counsel for Plaintiffs, with James M. Thomas designated as local counsel pursuant to Local Rule 2.02(a), and directing Attorney Joseph J. Siprut to participate in electronic filing by registering for CM/EF. Mr. Siprut registered for CM/ECF for the Middle District of Florida on September 9, 2013.

Dated: September 12, 2013

Respectfully Submitted,

JEFFREY M. STEIN, D.D.S., M.S.D., P.A., et al, on behalf of themselves and all others similarly situated

By: _____
   One of the Attorneys for Plaintiff
   And the Putative Class

Joseph J. Siprut*
*jsiprut@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.948.9196

*Admitted *pro hac vice*

James M. Thomas, Esq.
*JMThomas@JamesThomasEsq.com*
Law Office of James M. Thomas, Esq.
1581 Main Street
Dunedin, FL 34698
727.736.1900
Fax: 727.736.1991
FL Bar No. 0648590

4827-2283-0613, v. 1