UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY M. STEIN, D.D.S; M.S.D.; P.A.,
*et al.*,

      Plaintiffs,

v.                                                                                      Case No. 8:13-cv-2136-T-AEP

BUCCANERS LIMITED PARTNERSHIP,

      Defendant.
_____/

## ORDER

This cause came before the Court for a status conference in this action and in *Cin-Q Automobiles, et al. v. Buccaneers Limited Partnership, et al.*, Case No. 8:13-cv-1592-T-AEP (M.D. Fla.). During the status conference, the parties agreed to consolidate both actions. Accordingly, it is

ORDERED:

1. The actions listed under Case Nos. 8:13-cv-1592-T-AEP and 8:13-cv-2136-T-AEP are hereby CONSOLIDATED under Master Case No. 8:13-cv-1592-T-AEP (the "*Cin-Q* Action").

2. This action shall hereafter proceed under the *Cin-Q* Action, and all subsequent filings shall be made in the *Cin-Q* Action.

3. The Clerk shall ADMINISTRATIVELY CLOSE Case No. 8:13-cv-2136-T-AEP and terminate any pending deadlines.

4. The Clerk shall add any additional counsel of record appearing in 8:13-cv-2136-T-AEP as counsel of record in the *Cin-Q* Action.

5. The Clerk shall promptly docket in the *Cin-Q* Action a notice of the entry of this Order.

DONE AND ORDERED in Tampa, Florida, on this 19th day of November, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:   Counsel of Record